**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 07-2168**

───────────────

BUD WILLIE LEE BELL,

        Plaintiff - Appellant,

    v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

        Defendant - Appellee.

───────────────

Appeal from the United States District Court for the District of South Carolina, at Charleston. Henry F. Floyd, District Judge. (2:06-cv-02971-HFF)

───────────────

Submitted: August 7, 2008      Decided: September 9, 2008

───────────────

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Bud Willie Lee Bell, Appellant Pro Se. Beth Drake, Assistant United States Attorney, Columbia, South Carolina; Michael A. Thomas, SOCIAL SECURITY ADMINISTRATION, Denver, Colorado, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bud Willie Lee Bell appeals the district court's order accepting the recommendation of the magistrate judge and affirming the Defendant's decision to deny Bell disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bell v. Comm'r, Soc. Sec. Admin.</u>, No. 2:06-cv-02971-HFF (D.S.C. Oct. 31, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>